Order entered December 4, 2012

005159



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-11-01229-CV

**TOMMY HAMILTON, Appellant**

V.

**ISABELLA BEZZERRA, Appellee**

On Appeal from the 134th Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-08-12635

## ORDER

The Court has before it appellant's November 29, 2012 motion for bench warrant to final hearing so that appellant may give testimony in open court on his behalf. The motion is **DENIED** at this time.

MOLLY FRANCIS
JUSTICE